

START HERE
GO FURTHER
FEDERAL STUDENT AID

# UNITED STATES DEPARTMENT OF EDUCATION
## SCHOOL PARTICIPATION MANAGEMENT DIVISION
### *ELIGIBILITY AND CERTIFICATION APPROVAL REPORT*

DATE PRINTED: 05/28/2008      ADDITIONAL LOCATIONS SECTION      PAGE E - 1

INSTITUTION NAME : Sanford-Brown Institute
      OPE ID : 026164 00
INSTITUTION TYPE : Proprietary

## ADDITIONAL LOCATIONS

| OPE ID | NAME AND ADDRESS | APPROVED FOR CERTIFICATION | INITIAL APPROVAL DATE |
|---|---|---|---|
| 02616401 | Sanford-Brown Institute - Tampa<br>5701 East Hillsborough Ave<br>Tampa, FL 33610-8304 | Y | 11/16/1989 |
| 02616402 | Sanford-Brown Institute - Iselin<br>675 US Route 1 South, Second Floor<br>Plaza One at Gill Lane<br>Iselin, NJ 08830-0000 | Y | 11/26/1993 |
| 02616403 | Sanford-Brown Institute - Sanford-Brown College - West Allis<br>6737 West Washington St, Suite 2355<br>West Allis, WI 53214-5650 | Y | 05/15/2008 |

**** End of Additional Locations Section ****

Case 2:12-cv-00775-JPS   Filed 01/03/14   Page 1 of 1   Document 65-2
EXHIBIT B

SB002838