**Nichols Kaster**
ATTORNEYS AT LAW

James H. Kaster
Direct: (612) 256-3202
Fax: (612) 338-4878
kaster@nka.com

4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(877) 448-0492

April 21, 2014

VIA CM/ECF

The Honorable J.P. Stadtmueller
U.S. District Judge, Eastern District of Wisconsin
United States District Court
517 East Wisconsin Avenue
Milwaukee, WI 53202

    Re:    *U.S. ex rel. Nelson v. Sanford-Brown Limited*
            **Court File No. 12-cv-775-JPS**

Your Honor:

      Relator has very seriously considered the Court's April 8th pretrial conference remarks and recognizes that a lot of trial preparation still needs to be done. It is Relator's understanding that the Court is encouraging the parties to utilize the services of Magistrate Judge Aaron E. Goodstein to help the parties work-out their outstanding disputes. In recognition of the fact that the Court will soon be burdened with additional briefing on the Defendant's pending summary judgment motion, and because relator believes that with Magistrate Goodstein's help, the parties can expeditiously continue the trial preparation process, Relator respectfully requests the Court exercise its authority under 28 U.S.C. § 636(b)(1)(A) and General Local Rule 72(b)(2)(S) to refer the following motions to Magistrate Goodstein for consideration:

| Non-Dispositive Motions | | | |
|---|---|---|---|
| Date Filed | Docket No. Motion | Resp. | Description of Motion |
| 3/24/14 | 118-9 | 129 | Defendant's Motion to Exceed the Page Limits for Deposition Designations of Steve Guell and Dr. Albert Gray |
| 3/24/14 | 120-1 | 133-4 | Relator's Motion to Reopen the Deposition of Steve Guell |
| 3/25/14 | 122-4 | 194-5 | Defendant's Motion to Exclude Relator's Expert John Lee |
| 3/28/14 | 126-8 | 211-2 | Relator's Motion to Exclude Defendant's Expert Kent Talbert |
| 3/31/14 | 130-2 | 230 | Defendant's Motion to Strike the Late-Disclosed Opinion of John Lee or, in the Alternative, Exclude it Under Rule 702 and Daubert |

1

## Relator's Motions in Limine

| Date Filed | Docket No. Motion | Docket No. Resp. | Description of Motion |
|---|---|---|---|
| 4/3/14 | 169-71 | 203-4 | Regarding the Authenticity of Documents Produced by Defendant During Discovery and Offered by Relator at Trial |
| | 172-4 | 201-2 | To Prohibit Reference to Relator's Post-Employment Bonus Correspondence Regarding His Bonus from Defendant |
| | 175-7 | 200 | Regarding the Government's Decision Not to Intervene |
| | 178-80 | 198-9 | To Prohibit Argument that Relator Must Identify and/or Prove Every Title IV Violation Committed by Defendant |
| | 181-3 | 205-6 | Regarding Admissibility of Defendant's Business Documents |
| | 184-6 | 196-7 | To Preclude Defendant from Arguing that Because SBC was Accredited at all Times, It Did Not, and Could Not Have, Violated the False Claims Act |
| | 187-9 | 209 | To Bar Reference to Relator's Share of the Government's Recovery |
| | 190-2 | 207-8 | Regarding the Inexactitude of Damages |

## Defendant's Motions in Limine

| Date Filed | Docket No. Motion | Docket No. Resp. | Description of Motion |
|---|---|---|---|
| 4/3/14 | 135-7, 168 | 213-4 | To Preclude Testimony of Undisclosed Witnesses |
| | 138-40 | 215 | To Preclude Evidence of News and Media Reports |
| | 141-3 | 216 | To Preclude Hearsay Evidence |
| | 144-6 | 223 | To Preclude Evidence of Manipulated Records by any Person Who Lacks Personal Knowledge |
| | 147-9 | 217 | To Preclude Evidence of Other Lawsuits and Investigations |
| | 150-2 | 218 | To Preclude Evidence of Dismissed Allegations |
| | 153-5 | 225 | To Preclude Evidence of Events and Conduct at Campuses Other than SBC-Milwaukee |
| | 156-8 | 224 | To Preclude Evidence of Certain Incentive Compensation |
| | 159-61 | 222 | To Preclude Evidence of Alleged Statements Made by Mark Szolyga |
| | 162-4 | 219-20 | To Preclude Use of the Word "Forgery" |
| | 165-7 | 221 | To Preclude Evidence of Events and Conduct Outside the Relevant Timeframe |

Relator also requests that the Court refer all disputed issues in the Joint Pretrial Report (ECF 193), including Defendant's objections to Relator's exhibit list, objections to deposition designations, disputed jury instructions (specifically the disagreement over the burden of proof), and disputed verdict forms, to the Magistrate.

At this time, Defendant does not choose to join Relator in making his request. Thank you for the Court's consideration of this matter.

2

Sincerely,

**NICHOLS KASTER, PLLP**

James H. Kaster

JHK/jmo
cc:    Counsel of Record (via CM/ECF)